# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1914
_____

CHARLES HOWARD VINCENT,

    Appellant,

    v.

OFFICE OF THE ATTORNEY
GENERAL, BUREAU OF VICTIM
COMPENSATION,

    Appellee.

_____

On appeal from Office of the Attorney General Department of
Legal Affairs.
Joseph Spataro, Director.


October 29, 2025

PER CURIAM.

DISMISSED. *See Raysor v. Raysor*, 706 So. 2d 400, 401 (Fla. 1st
DCA 1998) ("In order to be timely, a notice of appeal must be filed
with the appropriate court within the required time, and merely
mailing the notice or having the notice placed in a post office box
within the required time period is not sufficient."); *see also
Matheny v. Indian River Fire Rescue*, 174 So. 3d 1129, 1130 (Fla.
1st DCA 2015) ("When a deadline is tied to a date of rendition, the
extra five days under Rule 2.514(b) do not apply.")

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Howard Vincent, pro se, Appellant.

James Uthmeier, Attorney General, and Timothy Frizzell, Assistant Attorney General, Tallahassee, for Appellee.